IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

MALCOLM JALEEL MAHONE                                                                                       PLAINTIFF

v.                                          Case No. 5:14-CV-05295

AMY DRIVER, Deputy Prosecuting Attorney                                                            DEFENDANT

**O R D E R**

The Court has received proposed findings and recommendations (Doc. 7) from United States Magistrate Judge Erin L. Setser. There have been no objections. After careful review, the Court concludes that the findings and recommendations should be, and hereby are, approved and adopted as this Court's findings in all respects.

Accordingly, IT IS ORDERED that Plaintiff's Complaint is DISMISSED WITH PREJUDICE on that grounds that Defendant is immune from suit and no cognizable claim for injunctive relief has been stated.

Judgment will be entered accordingly.

IT IS SO ORDERED this 28th day of January, 2015

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE